```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
                  MIAMI DIVISION
          CASE NO. 06-20570-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ENRIQUE A. POLLACK,
a/k/a Henry A. Pollack,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge John O'Sullivan, on January 22, 2007. A Report and Recommendation filed on January 26, 2007 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge John O'Sullivan, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts 33,34,35 and 36 of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of March, 2007.

                                                          _____
                                                          DONALD L. GRAHAM
                                                          UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge John O'Sullivan
        Eloisa D. Fernandez, AUSA
        Jan C. Smith, II, AFPD
```