UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20570-CIV-GRAHAM/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ENRIQUE A. POLLACK,

    Defendant.
_____/

**CERTIFICATION OF TRANSFER TO MAGISTRATE JUDGE**

    This matter comes before the undersigned pursuant to Administrative Order 2008-09, the undersigned United States Magistrate Judge certifies that the above captioned case presently has no fully briefed referred pending motions and is therefore, ready to be transferred to United States Magistrate Judge Torres.

    DONE AND ORDERED at Miami, Florida, this **9th** day of April, 2009.

                                JOHN J. O'SULLIVAN
                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Graham
U.S. Magistrate Judge Torres